

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

November 25, 2025

**BY ECF**

The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

> Re: *United States v. Suero Liranzo*, 24 Cr. 675 (PKC)

Dear Judge Castel:

The Government and defense counsel for Wilmer Suero Liranzo respectfully request that the Court schedule a change of plea for Mr. Suero Liranzo in the above case for December 3, 2025 at 2:00 p.m.

The Government respectfully requests that the time between today and the date of the change of plea be excluded for Mr. Suero Liranzo pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). The Government respectfully submits that the ends of justice served by granting the proposed exclusion outweigh the best interests of the public and the defendant in a speedy trial, as the proposed exclusion will allow the parties an opportunity to discuss and prepare for a potential pre-trial resolution. Defense counsel for Mr. Suero Liranzo has informed the Government that she consents to this request.

Respectfully submitted,

JAY CLAYTON
United States Attorney for the
Southern District of New York

By: *Meredith Fost*
Meredith Foster
Assistant United States Attorney
Tel.: (212) 637-2310

cc: Marne Lenox, Esq. (via ECF)

Plea hearing is scheduled for December 3, 2025 at 2:00 p.m. Time is excluded until 12/3/2025 to allow the parties to discuss and prepare for a potential pre-trial resolution. SO ORDERED.
Dated: 11/26/2025

P. Kevin Castel
United States District Judge