

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

February 11, 2026

**BY ECF**

The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl St.
New York, New York 10007

Application Granted.

So Ordered: _____
Hon. P. Kevin Castel, U.S.D.J.
2-11-26

**Re:   *United States v. Suero Liranzo, et al.*, 24 Cr. 675 (PKC)**

Dear Judge Castel:

The Government, with the consent of counsel for Baker Nunez Dominguez and Camila Peguero Peralta,[1] writes to respectfully request a one-week extension of the deadlines for filing requests to charge, voir dire, motions in limine and 404(b) notice and responses.  Trial is scheduled to start on April 20, 2026.

On or about November 25, 2025, the Court ordered the Government to file requests to charge, voir dire, motions in limine and 404(b) notice on February 6, 2026, defense counsel to file responses on February 20, 2026, and the Government to file any replies on March 6, 2026.  On January 31, 2026, the Government filed a letter motion, on consent, requesting a one-week extension of the February 6 deadline so that the parties could engage in discussions about the potential for a pretrial resolution of the case. (Dkt. 56).  The Court granted the request on February 3, 2026. (Dkt. 57).

Since then, the parties have continued to actively engage in discussions about the potential for a pretrial resolution of this case.  In fact, the Government has recently reached a plea agreement with Baker Nunez Dominguez, and filed a request for a change of plea conference for February 18, 2026.  (Dkt. 58).  To give the parties additional time to engage in plea discussions and/or enter any pleas prior to the filing of the Government's proposed requests to charge, voir dire, motions in limine and 404(b) notice, the Government respectfully requests that the deadline for the Government's initial filings and the defendants' responses be extended by one week.  Under this proposed schedule, the Government's requests to charge, voir dire, motions in limine and 404b notice would be due on February 20, 2026, and defense counsels' responses would be due on February 27, 2026.  Any replies would still be due on March 6, 2026.

---

[1] The Government asked counsel for Angel Reyes Llano for his position on this request on February 9, 2026, but has not yet heard back.

As noted, this is the Government's second request for an extension of these deadlines.

Respectfully submitted,

JAY CLAYTON
United States Attorney for the
Southern District of New York

By: _Meredith Fost_

Meredith Foster
Assistant United States Attorney
Tel.: (212) 637-2310

cc:     Counsel of Record (via ECF)