**Federal Defenders**
**OF NEW YORK, INC.**

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

August 25, 2026

Upon confirmation, that defendant Liranzo has surrendered to the BOP, an employee of the Federal Defender Service may receive his passport to be disposed of in accordance with defendant Liranzo's wishes.
SO ORDERED.
Dated: 8/25/2026

P. Kevin Castel
United States District Judge

**BY ECF**

Hon. P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re: United States v. Wilmer Suero Liranzo**
**24 Cr. 675 (PKC)**

Dear Judge Castel:

I write, with the government's consent, to respectfully request that Your Honor order the United States Pretrial Services Office in the Southern District of New York to release Wilmer Suero Liranzo's United States Passport and travel documents.

Mr. Suero provided his passport to the Pretrial Services Office when he first began pretrial supervision in January 2025. On June 30, 2026, the Court sentenced Mr. Suero principally to a term of 18 months' incarceration following his guilty plea to one count of unlawful possession of a firearm in violation of 18 §§ U.S.C. 371 & 1344. At sentencing, Mr. Suero was directed to voluntarily surrender to his designated facility by today, August 25, 2026.

Mr. Suero now requests the release of his passport. We understand Pretrial Services can only release the passport pursuant to a court order. Accordingly, we request the Court order Pretrial Services to release the passport to Mr. Suero/his wife/his defense team after his voluntary surrender today.

Thank you for your consideration of this request.

Respectfully submitted,

/s/

Marne L. Lenox, Esq.

*Counsel for Wilmer Suero Liranzo*

cc: Counsel of record